SARAH BUCKIN, Respondent, v. SARAH LIBMAN and DAVID S. LIBMAN, Defendants, and MICHAEL GOLDBERG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on the Complaint of ERNA GRAMWIKEL, Appellant, v. CHRIS KNODEL, Respondent.— Order of the Court of Special Sessions, Borough of Brooklyn, adjudging that defendant is not the father of complainant's child and directing his discharge unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.